# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Denea Durden,** | ) | Case No. 3:21cv1890 |
| | ) | |
| Plaintiff, | ) | Judge Jack Zouhary |
| | ) | |
| v. | ) | |
| | ) | **JOINT STATUS REPORT AND** |
| **United States Postal Service, et al.** | ) | **REQUEST TO EXTEND STAY** |
| | ) | |
| Defendants. | ) | |

NOW COME the Plaintiff Denea Durden and Defendant United States Postal Service, collectively "the Parties," by and through undersigned counsel, and pursuant to this Court's Non-Document Order dated May 26, 2022, submit the following joint status report.

Since the last status report, the Parties have continued communicating regarding settlement. The Parties have reached an agreement on the monetary amount of the settlement and are now engaged in finalizing payment details.

Therefore, based on the above, the Parties jointly request the stay be extended an additional thirty (30) days to finalize the agreement.

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant U.S. Attorney

*s/ Angelita Cruz Bridges*
Angelita Cruz Bridges (0072688)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
Voice: 419-259-6376
Fax: 419- 259-6471
Angelita.Bridges@usdoj.gov

*s/ Tod J. Thompson*
Tod J. Thompson (Ohio Bar No. 0076446)
Plaintiff's Trial Lawyer
810 Sycamore St., 5th Floor
Cincinnati, OH 45202
Tel: (513) 322-4348
Fax: (513) 263-9001
Email: tod@tthompsonlaw.com