IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Denea Durden,                                       Case No. 3:21 CV 1890

            Plaintiff,                       <u>ORDER OF DISMISSAL</u>

          -vs-                                    JUDGE JACK ZOUHARY

Postmaster General of the United States, et al.,

            Defendants.

This Court has been advised by counsel that this matter has settled.

This case is hereby dismissed with prejudice, provided that any of the parties may, upon good cause shown within ninety (90) days, move to reopen the action if settlement is not completed, or the parties may timely move to substitute a Judgment Entry contemplated by the settlement agreement.

This Court also retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

                                                           <u>s/ *Jack Zouhary*</u>
                                                        JACK ZOUHARY
                                                        U. S. DISTRICT JUDGE

                                                        July 29, 2022